

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN GONZALEZ-SANTOS,<br><br>Defendant. | Case No. 20-MJ-806<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On February 20, 2020, Defendant made his initial appearance in this district following his arrest on the petition for revocation of supervised release and warrant for arrest issued in the District of Arizona on January 6, 2020. Deputy Federal Public Defender ("DFPD") Christy O'Connor was appointed to represent Defendant. Defendant submitted on the Pretrial Services Officer's recommendation of detention.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition: defendant is charged with failing to comply with drug testing requirements and for testing positive for drug use.

☒ no available sureties

☒ unverified background information

Thus, Defendant has not demonstrated a willingness to abide by court orders and the Court is not convinced that the defendant will abide by its order to appear for future court appearances if released on bail.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition (see above)

☒ admitted use of methamphetamine

2

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be removed to the District of Arizona forthwith.

Dated: February 20, 2020

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE